UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUIS GONZALES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:16-cv-13792 |
| | ) |
| NATIONSTAR MORTGAGE, LLC, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, LUIS GONZALES, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  December 19, 2016        RESPECTFULLY SUBMITTED,

        By: /s/ Michael S. Agruss_____
        Michael S. Agruss
        SBN: 6281600
        Agruss Law Firm, LLC
        4809 N. Ravenswood Ave.
        Suite 419
        Chicago, IL 60640
        Tel: 312-224-4695
        Fax: 312-253-4451
        michael@agrusslawfirm.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On December 19, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Justin M. Sizemore, at JSizemore@ReedSmith.com.

By: /s/ Michael S. Agruss
Michael S. Agruss